UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,
    Plaintiff,

vs.                                                Case No.: 3:20cv5699/MCR/EMT

WALMART, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

      This matter is before the court upon referral from the clerk. Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis (IFP) (ECF Nos. 1, 2). The court entered an order finding that Plaintiff's IFP motion was deficient in that Plaintiff did not provide the majority of the information requested, striking through sections, invoking "Kiva Secrecy Rights," and responding that certain information was inapplicable or irrelevant (*see* ECF No. 4). The court thus entered an order directing Plaintiff to refile a complete motion on the proper form, including all the required supporting documentation, or pay the $400 filing fee within thirty days (ECF No. 4). The undersigned directed the clerk of court to send Plaintiff the correct set of forms needed for filing a motion to proceed IFP and advised that failure

to comply with the court's order as instructed would result in a recommendation that the case be dismissed (*id*.).

Plaintiff did not file an IFP motion within the time allowed; instead, he filed a document titled "Affidavit of Debt" (ECF No. 8). The court therefore entered an order on September 8, 2020, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 9). The time for compliance with the show cause order has now elapsed, and Plaintiff has neither paid the filing fee nor submitted an IFP motion.

In addition, the mail sent to Plaintiff at the most recent addresses of record has been returned as undeliverable (*see* ECF Nos. 5–6, 10–13). Based on the Court's inability to contact Plaintiff, the issuance of any further orders would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this matter be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court and failure to keep the Court apprised of his mailing address.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 14th day of October 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:20cv5699/MCR/EMT

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**