# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,

     Plaintiff,

v.                                                    CASE NO. 3:20cv5699/MCR/EMT

WALMART, et al.,

     Defendants.

_____/

## O R D E R

The chief magistrate judge issued a Report and Recommendation on October 14, 2020.  ECF No. 14.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2.      This matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court and failure to keep the Court apprised of his mailing address.

3.      All pending motions are DENIED.

4.      The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of November 2020.


                           s/ *M. Casey Rodgers*
                           **M. CASEY RODGERS**
                           **UNITED STATES DISTRICT JUDGE**